# WITNESSES & EXHIBITS LIST

Criminal No.: 4:04-cr-00336  (sentencing)          Plaintiff(s)/Defendant(s)
Caption: United States of America v. Jathan Desir

| Name | Date | Time Start | End |
|---|---|---|---|
| **Gov't Witnesses** | | | |
| None | | | |
| **Defense Witnesses** | | | |
| None | | | |

| No. | Description | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| | **Gov't Exhibits** | | | | | | | |
| | None | | | | | | | |
| | **Defense Exhibits** | | | | | | | |
| A. | Letter from Harris | X | X | | X | | | 1/30 |
| B. | Letter from Carter | X | X | | X | | | 1/30 |
| C. | Letter from Hill | X | X | | X | | | 1/30 |
| D. | Pictures | X | X | | X | | | 1/30 |
| E. | Picture | X | X | | X | | | 1/30 |
| F. | Letter from Registrar | X | X | | X | | | 1/30 |
| G. | High School Transcript | X | X | | X | | | 1/30 |
| H. | University of Iowa Transcript | X | X | | X | | | 1/30 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = admitted by pretrial order